FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No.: 1

| Case No.: | 21-20189 | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | PACIN, EMMANUEL ENRIQUE | Date Filed (f) or Converted (c): | 10/22/2021 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 12/01/2021 |
| | | Claims Bar Date: | 03/19/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 16416 NE 32nd Ave, North Miami Beach FL 33160 | $1,500,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | Property is subject to equitable lien imposed based on family law judgment. Trustee working with family law counsel to resolve same. Trustee evaluating validity of claim of homestead by debtor. | | | | | |
| 2 | Wells Fargo C#3529 | $300.10 | Unknown | | $0.00 | Unknown |
| 3 | Interest in: Pac Comm Inc. | Unknown | Unknown | | $0.00 | Unknown |
| 4 | 31175 Avenue F, Big Pine Key FL 33043 | $140,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment [ECF 52] | | | | | |
| 5 | Pre-paid College V. | $0.00 | Unknown | | $0.00 | Unknown |
| 6 | Pre-paid College A. | $0.00 | Unknown | | $0.00 | Unknown |
| 7 | Pre-paid College EJ | $0.00 | Unknown | | $0.00 | Unknown |
| 8 | Tax Refund | $19,000.00 | Unknown | | $0.00 | Unknown |
| 9 | Insurance(s) Life, Health, Homeowners, Flood | $0.00 | Unknown | | $0.00 | Unknown |
| 10 | Any and all interest the estate of Emmanuel Enrique Pacin holds in the personal property, equipment, machinery, scrap metal, and materials located at 2900 NW 39th Street, Miami, FL 33132, as further identified on Amended Expedited Motion for Relief From the Automatic Stay filed in the Debtor's business case In re Pac Comm Inc. [ECF No. 60], Case No. 21-19682-BKC-RAM (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment [ECF 119] | | | | | |

**TOTALS (Excluding unknown value)**                                   **Gross Value of Remaining Asset**

$1,659,300.10        $0.00        $0.00        $0.00

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 21-20189 | | | Trustee Name: | Ross R. Hartog |
| Case Name: | PACIN, EMMANUEL ENRIQUE | | | Date Filed (f) or Converted (c): | 10/22/2021 (f) |
| For the Period Ending: | 03/31/2022 | | | §341(a) Meeting Date: | 12/01/2021 |
| | | | | Claims Bar Date: | 03/19/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/13/2022    Status: Trustee has hired counsel (J. Lee).

The Trustee has abandoned the real property located at 31175 Avenue F Big Pine Key FL 33043 [ECF 52].

The Trustee has abandoned the Estate's interest in any and all interest the estate of Emmanuel Enrique Pacin holds in the personal property, equipment, machinery, scrap metal, and materials located at 2900 NW 39th Street, Miami, FL 33132, as further identified on Amended Expedited Motion for Relief From the Automatic Stay filed in the Debtor's business case In re Pac Comm Inc. [ECF No. 60], Case No. 21-19682-BKC-RAM [ECF 119].

Trustee's counsel is investigating the asset profile of the Debtor, including a potential 522 homestead exemption reduction claim. Working with trustee in corporate case, Debtor's family law case, and other creditors of Debtor.

Debtor operating through a POA.

CBD: 3/19/22
Govt' CBD: 4/20/22

Tax Returns: Not Applicable at this time

| Initial Projected Date Of Final Report (TFR): | 12/31/2024 | Current Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ ROSS R. HARTOG |
| | | | | ROSS R. HARTOG |