**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                    Case No. 21-20189-LMI

**EMMANUEL ENRIQUE PACIN**                              Chapter 7

    Debtor.
_____/

**TRUSTEE'S PROPOSED NOTICE OF ABANDONMENT**

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 calendar days after the date of service of this notice.**

**NOTICE IS HEREBY GIVEN THAT:**

    **ROSS R. HARTOG, ("Trustee")**, pursuant to 11 U.S.C. § 554(a), Bankruptcy Rule 6007, and Local Rule 6007-1 abandons the following assets of the Debtor:

  **Real property located at 16416 NE 32nd Ave, North Miami Beach  FL  33160 (the "Asset")**

    Upon investigation, the Trustee has determined that the Asset is of inconsequential value and benefit to the estate, and that to maintain the Assets would be an unnecessary burden on the estate.  *The failure of any party to file an objection to this notice of abandonment within fourteen (14) days after service of the notice shall be deemed a consent to the proposed abandonment.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Regular Mail (*or e-mail via the Court's BNC), on December 20, 2022, to all parties on the service list below.

Dated: December 20, 2022            By: /S/ *Ross R. Hartog, Trustee*
                                                                 Ross R. Hartog, Trustee
                                                                 P.O. BOX 14306
                                                                 Fort Lauderdale, FL 33302
                                                                 (T) (954) 767-0030
                                                                 Email: trustee@mrthlaw.com

| | | |
|---|---|---|
| 8835 NW 95 St<br>Miami, FL 33178-1447 | American Express<br>c/o Joshua Knurr, Esq<br>9550 Regency Square Blvd # 501<br>Jacksonville, FL 32225-8116 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amex<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | Ashley Davis<br>Edelboim Lieberman Revah PLLC<br>20200 W. Dixie Hwy, Suite 905<br>Miami, FL 33180-1926 | Barreiro Concrete Materials<br>9409 NW 109 St<br>Miami, FL 33178-1224 |
| BB&T Com<br>PO Box 896534<br>Charlotte, NC 28289-6534 | BB&T Commercial Equipment Capital<br>2 Great Valley Pkwy # 300<br>Malvern, PA 19355-1319 | BBT American C<br>2420 Sweet Home Rd<br>#150<br>Buffalo, NY 14228-2244 |
| Bello & Bello<br>12230 SW 131 Ave<br># 201<br>Miami, FL 33186-6402 | Best Buy/CBNA<br>50 Northwest Point Rd<br>Elk Grove Village, IL 60007-1032 | Blue Seabird<br>C/O South F<br>1920 E Hallandale Beach Blvd<br>Hallandale, FL 33009-4722 |
| Blue Seabird<br>2160 Widener Terr<br>Wellington, FL 33414-6427 | Builders Services Group, Inc d/b/a Gale<br>475 N Williamson Blvd<br>Daytona Beach, FL 32114-7101 | Builders Services Group, Inc d/b/a Gale<br>c/o Markowitz, Ringel, Trusty & Har<br>9130 Dadeland Blvd # 1800<br>Miami, FL 33156-7858 |
| CAB East LLTax Depart<br>1 American Rd<br>Dearborn, MI 48126-2701 | Capital One<br>POB 60599<br>City of Industry, CA 91716-0599 | Capital One Bank USA N<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| CAT Commercial Revolving Card<br>POB 6403<br>Sioux Falls, SD 57117-6403 | Central Highway Express Authority<br>762 S Goldenrod Road<br>Orlando, FL 32822-8108 | Cesar Zelaya<br>c/o The Bennett Law Center<br>3377 SW 3 Ave<br>Miami, FL 33145-3912 |
| CGBM<br>8269 SW 173 Terr<br>Miami, FL 33157-9219 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citicards CBNA<br>PO Box 6421<br>Sioux Falls, SD 57117 |
| Coastal Construction Products<br>10501 NW 7 Ave<br>Miami, FL 33150-1005 | Commercial Steel Services LLC<br>9155 S Dadeland Blvd<br># 1818<br>Miami, FL 33156-2742 | Commonwealth Equipment Crushing & Screen<br>36 Hazleton St<br>Wilkes Barre, PA 18706-2818 |

| | | |
|---|---|---|
| Concrete Holding d/b/a C&C<br>12599 NW 107 Ave<br>Miami, FL 33178-3136 | Corporate Fillings<br>3320 SW 87 Ave<br>Miami, FL 33165-4207 | Cowin Equipment Co Inc<br>POB 10624<br>Birmingham, AL 35202-0624 |
| David P. Ferguson<br>c/o Remer & Georges-Pierre, PLLC<br>44 W Flagler St # 2200<br>Miami, FL 33130-6807 | Davison Fuels Inc<br>8450 Tanner Williams Rd<br>Mobile, AL 36608-8316 | Dayton Superior<br>1125 Byers Rd<br>Miamisburg, OH 45342-5765 |
| Deep Contact Diving<br>7865 SW 21 Terr<br>Miami, FL 33155-6546 | Dodge Data Analytics LLC<br>300 American Metro Blvd<br>#185<br>Trenton, NJ 08619-2371 | Drew M. Dillworth, the Ch 7 Trustee<br>for the bK estate of Pac Comm Inc.<br>150 West Flagler Street, Suite 2200<br>Miami, Florida 33130-1545 |
| Drew M. Dillworth, Trustee<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | Dunn's Aerial Photography inc<br>15800 Barnstormer Ct<br>Wellington, FL 33414-8302 | Emmanuel Enrique Pacin<br>16416 NE 32nd Ave<br>North Miami Beach, FL 33160-4138 |
| Equipment Corp of America<br>1058 Roland Ave<br>Green Cove Springs, FL 32043-8361 | Fast Forward Digital Solutions<br>12201 SW 128 Ct<br>#107<br>Miami, FL 33186-6425 | FDOT<br>POB 31241<br>Tampa, FL 33631-3241 |
| Federal Exp<br>439 Oak St<br>Garden City, NY 11530-6453 | Federal Expc/o Transw<br>1105 Schrock Rd<br># 300<br>Columbus, OH 43229-1174 | First Service Residential<br>1855 Griffin Rd<br># A-330<br>Dania, FL 33004-2365 |
| Florida Dept of Revenue<br>8175 NW 12 St<br># 119<br>Miami, FL 33126-1828 | Florida Dept of Revenue<br>5050 W Tennesse St<br>Tallahassee, FL 32399-0110 | FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Frankenmuc c/o Etchev<br>150 S Pine Island Rd<br>Plantation, FL 33324-2669 | Frankenmuth Mutual Insurance Co<br>1 Mutual Ave<br>Frankenmuth, MI 48787-0001 | Frankenmuth Mutual Insurance Company<br>c/o Gerard M Kouri Jr., Esq.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 |
| Frankenmuth Mutual Insurance Company<br>c/o Kathleen Maloney<br>701 US Route One, Suite 1<br>Yarmouth, ME 04096-7006 | Gale Insulation<br>14501 NW 57 Ave<br>Opa Locka, FL 33054-2393 | Grainger<br>POB 31579<br>Chicago, IL 60631-0579 |
| Great America<br>10115 Kincey Ave<br>Huntersville, NC 28078-6469 | Green Energy Services<br>186 N Goldenrod Rd<br>Orlando, FL 32807-8204 | Greens Enec/o Baker &<br>200 S Orange Ave<br>#23<br>Orlando, FL 32801-3432 |

Hodges Avrutis & Foeller
201 Fletcher Ave
Sarasota, FL 34237-6067

Horacio Aguirre as Trustee
c/o Alexis S. Read
25 SE 2nd Ave
#828
Miami, FL 33131-1671

Internal Revenue Service
POB 145500
Cincinnati, OH 45250-5500

International Finance Bank
777 SW 37th Street
Miami, FL 33135-4130

International Finance Bank
c/o Aran Correa & Guarch, P.A.
2100 Salzedo St # 303
Miami, FL 33134-4323

International Finance Bank
c/o Victor K. Rones P.A.
16105 NE 18 Ave
Miami, Fl 33162-4749

International Finance Bank
2278 Weston Rd
Fort Lauderdale, FL 33326-3224

International Finance Bank
POB 441900
Miami, FL 33144-1900

International Finance Bank
c/o Victor K. Rones P.A.
16105 NE 18 Ave
NMB Fl 33162-4749

Jay Cashma C/O Roy L
800 Brickell Ave
#550
Miami, FL 33131-2970

Jay Cashman Inc
POB 692396
Quincy, MA 02269-2396

JRS Fueling
3340 Peachtree Rd NE
# 1010
Atlanta, GA 30326-1409

Lamont Hanley & Associates
100 Everest Way
Warren, NJ 07059-5195

Leuf Inc
7900 Glades Rd
Boca Raton, FL 33434-4104

Lizbeth Vinuela c/o Remer & Georges-P
44 W Flagler St
#2200
Miami, FL 33130-6807

LS Advisory
3801 Hollywood Blvd
#100A
Hollywood, FL 33021-6756

LS Capital
13949 Ventura Blvd
#300
Sherman Oaks, CA 91423-3570

LSC 2020, LLC, as assignee
c/o Dana Robbins, Esq.
Burr & Forman LLP
201 N. Franklin St., Suite 3200
Tampa, FL 33602-5872

LSC2020, LLC
c/o Kelly E. Waits
171 17 St NW # 1100
Atlanta, GA 30363-1029

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mark Roher
Law Office of Mark S. Roher, P.A.
1806 N. Flamingo Road
Suite 300
Pembroke Pines, FL 33028-1032

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Monroe Concrete Products Inc
MM 9 US Hwy 1 #1
Key West, FL 33040

Monroe Concrete Products Inc.
c/o Hodges,
Avrutis & Foeller
POB 4137
Sarasota, FL 34230-4137

National Freight Shippers
1254 Industrial Pkwy
Brunswick, OH 44212-2369

National Sunshine Auto Parts
3051 NW 27 Ave
Miami, FL 33142-5817

Nextran
6801 NW 74 Ave
Miami, FL 33166-2822

Nichole Granja
c/o Nicholas G. Rossoletti
Bilu Law, P.A.
2760 W. Atlantic Blvd.
Pompano Beach, FL 33069-5711

Nicole Granja
c/o Bilu Law, P.A.
2760 W Atlantic Blvd
Pompano Beach, FL 33069-5711

Nicole Granja
c/o Jordan B. Abramowitz, Esq.
3211 Ponce de Leon
#202
Miami, FL 33134-7274

| | | |
|---|---|---|
| NJ EZPASS<br>ATTN NJ EZPASS/ MARISOL ALVARADO<br>375 MCCARTER HIGHWAY<br>SUITE 200<br>NEWARK NJ 07114-2562 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ojito Waste Systems<br>8902 NW 171 Ln<br>Hialeah, FL 33018-6648 |
| People Ready<br>888 NW 27 Ave<br>#1<br>Miami, FL 33125-3048 | Performant Recovery, Inc<br>POB 5501<br>San Angelo, TX 76902-5501 | Porche Financial Srvc<br>1 Porche Dr<br>Atlanta, GA 30354-1654 |
| Power Financial<br>2020 NW 150th Ave<br>Suite 100<br>Pembroke Pines, FL 33028-2890 | Power Financial Credit Union<br>c/o Joshua C. Kligler, Esq.<br>Dunn Law, P.A.<br>66 West Flagler Street, Suite 400<br>Miami, FL 33130-1807 | Power Financial Credit Union<br>c/o Heckman Law Group<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 |
| Power Financial Credit Union<br>Heckman Law Group<br>c/o Chad D. Heckman<br>P.O. Box 12492<br>Tallahassee, FL 32317-2492 | Preferred Materials Inc<br>924 E Busch Blvd<br>Tampa, FL 33612-8542 | Progressive<br>Dept 0561<br>Dallas, GA 30132-0561 |
| Riverside Marine Electronics<br>M3750 NW 28 St<br>Miami, FL 33142 | Robert and Judith Spellman<br>c/o Gary Brookmyer, Esq.<br>800 Village Square Crossing<br>Suite 201<br>Palm Beach Gardens, FL 33410-4540 | Robert Spellman<br>c/o William M Kearce, Esq<br>4600 Military Trail #201<br>Jupiter, FL 33458-4812 |
| Ross R Hartog<br>P.O. Box 14306<br>Fort Lauderdale, FL 33302-4306 | Samuel, Son & Co<br>8141 Eagle Palm Dr<br>Riverview, FL 33578-8888 | Saul Ewing Arnstein & Lehr<br>701 Brickell Ave<br>17th Fl<br>Miami, FL 33131-2832 |
| Seacoast<br>3350 SW 148 Ave<br>#201<br>Hollywood, FL 33027-3274 | Seacoast National Bank<br>815 Colorado Ave<br>Stuart, FL 34994-3060 | Seacoast National Bank, N.A.<br>c/o Michael R. Bakst<br>525 Okeechobee Blvd., Ste. 900<br>West Palm Beach, FL 33401-6306 |
| Seacoast Nstional Bank, N.A.<br>c/o Michael R. Bakst<br>Greenspoon Marder, LLP<br>525 Okeechobee Blvd., Ste. 900<br>West Palm Beach, FL 33401-6306 | Shoreline Marine Fuel<br>7950 NW 58 St<br>Miami, FL 33166-3430 | Signal Audit<br>64 Danbury Rd<br>#200<br>Wilton, CT 06897-4438 |
| Signal WC<br>64 Danbury Rd<br>#200<br>Wilton, CT 06897-4438 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>P.O. BOX 6668<br>TALLAHASSEE, FL 32314-6668 | Stearns Roberts & Guttentag<br>805 E Hillsboro Blvd<br>Deerfield Beach, FL 33441-3521 |
| Sunbelt c/o Roma<br>4600 N Hwy 6<br>#101<br>Houston, TX 77084-2864 | Sunbelt Rentals<br>4600 N Hwy 6<br>#101<br>Houston, TX 77084-2864 | Sunray Construction Solutions<br>1001 W Cypress Creek Rd<br>#203<br>Fort Lauderdale, FL 33309-1949 |

| | | |
|---|---|---|
| T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Thompson Tractor Co<br>POB 10367<br>Birmingham, AL 35202-0367 |
| Tractor & Equipment Company<br>5336 Messor Airport Hwy<br>Birmingham, AL 35212-1599 | Tractor & Equipment Company c/o Sprechma<br>2775 Sunny Isles Blvd # 100<br>North Miami Beach, FL 33160-4078 | Travelers<br>8100 Sandpiper Cir. #2<br>Nottingham, MD 21236-4991 |
| Truist Bank<br>c/o SIMM<br>POB 7526<br>Newark, DE 19714-7526 | Truist Bank, Bankruptcy Section<br>100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | U.S. Coast Guard<br>Commander USCG Seventh District<br>909 SE 1 Ave<br>Miami, FL 33131-3050 |
| U.S. Depart<br>200 Constitution Ave<br>Washington, DC 20210-0001 | U.S. Department of Homeland Security<br>United States Coast Guard<br>100 W Oglethorpe Ave # 1017<br>Savannah, GA 31401-3258 | U.S. Small<br>2 North St<br># 320<br>Birmingham, AL 35203 |
| U.S. Small<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | U.S. Small<br>POB 3918<br>Portland, OR 97208-3918 | United Rentals<br>1119 W Southern Ave<br>Mesa, AZ 85210-4944 |
| United Rentals (North America), Inc.<br>c/o Mark M. Schabacker, P.A.<br>3825 Henderson Blvd # 206<br>Tampa, FL 33629-5002 | United Rentals (North America), Inc.<br>100 First Stamford Place # 700<br>Stamford, CT 06902-9200 | United Site<br>POB 1870<br>Ashland, VA 23005-4870 |
| United Site Services<br>2929 Navigator<br>Meridian, ID 83642-8296 | W.W. Grainger<br>c/o Richard T Avis Esq.<br>POB 31579<br>Chicago, IL 60631-0579 | Waste Management<br>c/o Windham Professionals<br>380 Main St<br>Salem, NH 03079-2412 |
| Waste Pro<br>2101 W State Rd 84<br># 305<br>Longwood, FL 32779-5053 | Wells Fargo<br>SBL POB 29482<br>Phoenix, AZ 85038-8650 | Wells Fargo Bank<br>POB 5511<br>Sioux Falls, SD 57117-5511 |
| Wells Fargo Bank<br>600 S 4th Street<br>Minneapolis, MN 55415-1526 | Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Equipment Finance<br>POB 858178<br>Minneapolis, MN 55485-8179 | Wells Fargo Equipment Finance c/o Custom<br>POB 3072<br>Cedar Rapids, IA 52406-3072 | |