UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                 Case No:  21-20189-LMI
                                                                       Chapter 7
Emmanuel Enrique Pacin,

_____Debtor (s)_____/

## REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

      A.    A mediation conference was Scheduled on **November 16, 2023**

      B.    ____ The parties reached an impasse.

      C.     **X**  The parties settled all issues.  Complete global settlement which was agreed to and acknowledged as binding by all parties.

      D.    ____ The conference was continued and an additional mediation conference will be scheduled.

      E.    ____ The matter settled after the Pre-Settlement Conference Call but prior to mediation conference.

      F.    ____ Other:

Attendance:
Parties and Counsel present:  All that were required.

Dated:  November 20, 2023          */s/ Paul G. Hyman*
                                   Signature of Mediator
                                   Hon. Paul G. Hyman
                                   Print Name
                                   1515 N. Flagler Drive, Room 801
                                   Address
                                   West Palm Beach, FL 33401
                                   City, State, Zip Code

Copies to:

Morgan Edelboim, Esq is hereby directed to serve a copy of this report of mediator on all interested parties and file a Certificate of Service thereof.

LF-54 (rev. 12/01/09)