

ORDERED in the Southern District of Florida on June 25, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Chapter 7

EMMANUEL ENRIQUE PACIN,  Case No.  21-20189-LMI

      Debtor.
_____/

## ORDER DENYING DISCHARGE

This matter came before the Court on the *Notice of Non-Compliance* [ECF No. 241] (the "Notice") filed by interested party Drew Dillworth, chapter 7 trustee for the bankruptcy estate of *Pac Comm Inc.*, Case No. 21-19682-RAM. Pursuant to the Notice, Mr. Dillworth has informed the Court that Debtor has failed to cure the default described in the Court's Order [ECF No. 234] Granting Motion to Deny Discharge (the "Order").

The Court has reviewed the Order and the Notice, considered the record in this case, and therefore, does -

**ORDER and ADJUDGE** that –

1.     The Debtor's discharge is DENIED.

2. The Court reserves jurisdiction to enter any further orders or to take any other actions that it deems just and proper.

### 

Submitted by and Copy furnished to:

Drew M. Dillworth, Esq.
(Attorney Dillworth shall serve a copy of this Order
as provided by Local Rule and file a Certificate of Service)

#12863030 v1